No. 11-655. Texas Entertainment Association, et al., Petitioners v. Susan Combs, Comptroller of Public Accounts, et al.

565 U.S. 1179, 132 S. Ct. 1146, 181 L. Ed. 2d 1020, 2012 U.S. LEXIS 1015.

January 23, 2012. Petition for writ of certiorari to the Supreme Court of Texas denied.

Same case below, 347 S.W.3d 277.

No. 11-656. Betty Barber, et al., Petitioners v. Paychex, Inc., et al.

565 U.S. 1179, 132 S. Ct. 1146, 181 L. Ed. 2d 1020, 2012 U.S. LEXIS 926.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 439 Fed. Appx. 841.

No. 11-658. HCR ManorCare, Inc. and ManorCare Health Services - Yardley, Petitioners v. Jack Zouhary, Judge, United States District Court for the Northern District of Ohio.

565 U.S. 1179, 132 S. Ct. 1146, 181 L. Ed. 2d 1020, 2012 U.S. LEXIS 959.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 11-668. Wythe II Corporation, Petitioner v. John D. Stone, dba Stone & Stone.

565 U.S. 1179, 132 S. Ct. 1150, 181 L. Ed. 2d 1020, 2012 U.S. LEXIS 1029.

January 23, 2012. Petition for writ of certiorari to the Court of Appeals of Texas, Ninth District, denied.

Same case below, 342 S.W.3d 96.

No. 11-676. Nancy Euw-Jiong Sitang-gang, Petitioner v. Countrywide Home Loans, Inc., et al.

565 U.S. 1179, 132 S. Ct. 1152, 181 L. Ed. 2d 1020, 2012 U.S. LEXIS 919,

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 419 Fed. Appx. 756.

No. 11-726. Jeff Sutherland, et ux., Petitioners v. Brian Massa, et al.

565 U.S. 1179, 132 S. Ct. 1153, 181 L. Ed. 2d 1020, 2012 U.S. LEXIS 976.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 420 Fed. Appx. 653.

No. 11-787. Earnest Hicks, et al., Petitioners v. Dairyland Insurance Company, et al.

565 U.S. 1179, 132 S. Ct. 1155, 181 L. Ed. 2d 1020, 2012 U.S. LEXIS 1044.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 441 Fed. Appx. 463.